# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0491
LT Case No. 2021-DP-114

_____

R.E.L.S., Father of R.E.L.S., and
A.J.S., Children,

     Appellant,

     v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

     Appellee.

_____


On appeal from the Circuit Court for Citrus County.
Richard A. Howard, Judge.

David J. Joffe, of Joffe Law, P.A., Fort Lauderdale, for Appellant.

Karla Perkins, B.C.S., Appellate Counsel, of Department of
Children and Families, Miami, for Appellee.

Jamie Billotte Moses, B.C.S., of Holland & Knight, LLP, Orlando,
and Sara Elizabeth Goldfarb, Statewide Director of Appeals, of
Statewide Guardian ad Litem Office, Tallahassee, for Guardian
ad Litem o/b/o R.E.L.S. and A.J.S.

July 9, 2024


PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and KILBANE and PRATT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

2